**Order entered May 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00305-CV

## VOLNEY WOODS, JR., Appellant

## V.

## GENARO PICAZO AND ARCELIA MATILDE PAZ, Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07223**

## ORDER

Before the Court is court reporter Thu U. Bui's April 26, 2019 request for extension of time to file the record. We **GRANT** the request and **ORDER** the record received April 30, 2019 filed as of the date of this order.

Appellant's jurisdictional letter brief remains due May 8, 2019.

/s/    ERIN A. NOWELL
        JUSTICE